41 So.2d 918

**Robert Lee GOOCH, alias McGee, &c. v. STATE.**

**8 Div. 755.**

Court of Appeals of Alabama.
July 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

38 So.2d 199

**Roy D. GOSDIN v. STATE.**

**5 Div. 261.**

Court of Appeals of Alabama.
Nov. 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

41 So.2d 918

**Jesse GRAMMER v. STATE.**

**6 Div. 752.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 918

**Woodrow GRAMMER v. STATE.**

**6 Div. 751.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 919

**Leslie Marshall GRAY v. STATE.**

**6 Div. 791.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty Gen., for the State.

HARWOOD, Judge.
Affirmed.

42 So.2d 846

**Elmore GREEN v. STATE.**

**7 Div. 43.**

Court of Appeals of Alabama.
Oct. 4, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.
See, also, ante, p. 311, 40 So.2d 108.